IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RUDY F. WEBB, et al.**                                                                                                        **PLAINTIFFS**

**v.**                                         **CASE NO. 4:13CV00232 BSM**

**EXXON MOBIL CORPORATION, et al.**                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 17th day of March 2015.

_____
UNITED STATES DISTRICT JUDGE