**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

RUDY F. and BETTY WEBB, husband and
wife, and ARNEZ and CHARLETHA HARPER,
husband and wife, on behalf of themselves,
and all others similarly situated

*Plaintiffs*

v.                                                                    Civil Case No. 4:13 CV 232 BSM

EXXON MOBIL CORPORATION
d/b/a EXXONMOBIL®
EXXONMOBIL PIPELINE COMPANY
MOBIL PIPE LINE COMPANY

*Defendants.*

---

## NOTICE OF APPEAL

---

Come now the Plaintiffs, by and through their counsel, and hereby file this Notice of

Appeal from the Final Order and Judgment of the United States District Court to the Eighth

Circuit Court of Appeals.

1.      Plaintiffs (or Appellants) specifically appeal the District Court's March 17, 2015

Order (Dkt. No. 152), and Judgment (Dkt. No. 153), July 24, 2015 Order (Dkt. No. 158),

interlocutory orders in this case, including the District Court's February 9, 2015, denying

Plaintiffs' Motion to Compel discovery (Dkt. No. 139), which are in favor of the Defendants (or

Appellee).

2.      Plaintiffs specifically designate the original papers and exhibits filed in the United

States District Clerk's electronic docket for the Record on Appeal.  Additionally, pursuant to

Rule 10(b)(1) of the Federal Rules of Appellate Procedure, Plaintiffs have ordered the entire

transcript of proceedings before the District Court from the United States Court Reporter. Plaintiffs will file a copy of the order requesting this transcript with the District Clerk.

3.      Plaintiffs will pay for all costs associated with transcripts prepared by the court reporter and any associated fees with preparing and lodging the record on appeal.

WHEREFORE, Plaintiffs respectfully file their Notice of Appeal.

Respectfully submitted,

**DUNCAN FIRM, P.A.**

By:     /s/ Phillip Duncan
        Phillip Duncan, ABN #74039
        Richard Quintus, ABN #2000078
        William Rob Pointer, ABN #2007216
        Justin C. Zachary, ABN #2010162
        Timothy P. Reed, ABN #2012210
        DUNCAN FIRM, P.A.
        900 South Shackleford Road, Suite 725
        Little Rock, Arkansas 72211
        Telephone: 501-228-7600
        Facsimile: 501-228-0415
        phillip@duncanfirm.com
        richard@duncanfirm.com
        rob@duncanfirm.com
        justin@duncanfirm.com
        tim@duncanfirm.com

        -and

        /s/ Tom Thrash
        **THRASH LAW FIRM, P.A.**
        Thomas P. Thrash, ABN #80147
        Marcus N. Bozeman, ABN #95287
        Thrash Law Firm, P.A.
        1101 Garland Street
        Little Rock, Arkansas 72201
        Telephone: 501-374-1058
        Facsimile: 501-374-2222
        tomthrash@sbcglobal.net
        bozemanmarcus@sbcglobal.net

-and-

**PARKER WAICHMAN, LLP**
Jerrold Parker
Peter Cambs
Raymond Silverman
6 Harbor Park Drive
Port Washington, New York 11060
Telephone: 516-466-6500
Facsimile: 516-723-4733
jerry@yourlawyer.com
pcambs@yourlawyer.com
rsilverman@yourlawyer.c

## CERTIFICATE OF SERVICE

I Phillip Duncan, the undersigned, hereby certify that a true and correct copy of the foregoing file-marked *Notice of Appeal* is being served by electronic notification through the U.S. District Court Arkansas Eastern District CM/ECF electronic filing system upon the following counsel of record:

Jane A. Kim, Esq.
Gary D. Marts, Jr., Esq.
Michelle M. Kaemmerling, Esq.
Scott A. Irby, Esq.
Michael Barnes, Esq.
Stephen R. Lancaster, Esq.
Edwin L. Lowther, Jr., Esq.
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
jkim@wlj.com
gmarts@wlj.com
mkaemmerling@wlj.com
sirby@wlj.com
slancaster@wlj.com
mbarnes@wlj.com
elowther@wlj.com

On this 20th day of August, 2015.

/s/ Phillip Duncan