U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOA SUPPLEMENT

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

Date: 8/20/2015

**Caption:** Webb et al v. Exxon Mobil Corporation et al

**Case No.:** 4:13-cv-00232-BSM

**Appellant:** Rudy F Webb, Betty Webb, Arnez Harper, Charletha Harper

**Appellant's Attorney(s):** Phillip J. Duncan, Jerrold S. Parker, John W. Barrett, Marcus Neil Bozeman*

**Appellees:** Exxon Mobil Corporation, Exxonmobil Pipeline Company, Mobil Pipe Line Company

**Appellee's Attorney(s):** Edwin L. Lowther, Jr., Gary D. Marts, Jr., Michelle Kaemmerling, Jane A. Kim, Michael D. Barnes, Scott Irby

**Court Reporter(s):** Judith A. Ammons, hearing of 2/9/2015

**Name of Person who prepared appeal:** Mary Zelhof, Deputy Clerk (501) 604-5358

| Length of Trial (# of days) | Fee Paid? Y/N: | IFP Granted? Y/N | Pending IFP Motion Pending? Y/N |
|---|---|---|---|
| N/A | N | N | N |

| Counsel Retained/Appointed/Pro Se | Pending Motions? Y/N |
|---|---|
| Retained | N |

**CRIMINAL CASES ONLY:**

**Is defendant incarcerated?** _____

**Where?** _____
**Address of Defendant:** _____

**Please list all other defendants in this case if there were multiple defendants:**
_____

**Special Comments:** *See Docket Sheet for a Complete List of Appellants' Attorneys