(REV. 12/17/12)

# TRANSMITTAL SHEET

**TO:** Clerk, USCA 8     **DATE:** 10/7/2015

**FROM:** U.S. District Court Clerk
Eastern District of Arkansas
Little Rock, Arkansas

**APPEAL NO:** 15-02879

**DISTRICT COURT NO.** 4:13-cv-00232-BSM: Webb et al v. Exxon Mobil Corp. et al

**TRANSMITTED HEREWITH:**

**VOLUME:**

Transcript

Volume and Date: Transcript of Motion Hearing: 2/9/2015
Volume and Date:
Volume and Date:

In Camera Documents

Exhibits

Plaintiff(s)
Defendant(s)
Joint

**COMMENTS:**

************************************************************************

**USCA 8 ACKNOWLEDGMENT**

RECEIPT

By: _____
    Deputy Clerk